## GISKAN SOLOTAROFF & ANDERSON LLP
### Attorneys at Law

May 11, 2026

**<u>BY ECF</u>**

Hon. Margaret M. Garnett, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

     **Re:**    ***Sussman v. Invesco Ltd.*, Case No. 1:25-cv-04010-MMG**

Dear Judge Garnett,

We represent Plaintiff in the above-referenced matter. We submit this joint letter, together with counsel for Defendant Invesco Ltd., pursuant to Your Honor's Individual Rules & Practices I.B.5, to respectfully request (1) a brief extension of the discovery schedule; and (2) that the summary judgment briefing and subsequent deadlines be held in abeyance so the parties may conserve litigation resources and explore a possible private mediation. This is the parties' third request for an extension of discovery and the first request to hold the summary judgment deadlines in abeyance.

First, we request a two-week extension of the discovery deadline. The current deadline for fact and expert discovery is May 14. (The Court previously ordered that damages-related expert discovery be deferred until after summary judgment has been decided.) The parties request that the May 14 deadline be extended by two weeks, to May 28, in order to allow the parties to complete post-deposition paper discovery. Depositions began in late March and were completed on May 1. Defendant has served post-deposition discovery demands on the undersigned, which we are in the process of responding to. We also intend to serve post-deposition discovery demands on Defendant, but are waiting to receive the final remaining deposition transcript. Having met and conferred with counsel for Defendant, we anticipate that we can complete all remaining discovery by May 28, 2026.

Second, we request adjournment of the Court's deadlines concerning summary judgment briefing, including the deadline to request a pre-motion conference and the summary judgment conference itself, which is currently scheduled to occur on June 23, 2026, at 9:30 A.M. The reason for this request is the parties believe that it would be beneficial to engage in private mediation and to conserve litigation resources in aid of that effort. The parties are already

discussing the names of potential mediators and would seek to engage in mediation expeditiously, depending on the availability of our selected mediator.

We thank the Court for its time and consideration of these requests.

Respectfully,

/s/ *Amy E. Robinson*
Amy E. Robinson

-and-

/s/ *Miriam Clark*
Miriam Clark
*Attorneys for Plaintiff*

cc:    All counsel (by ECF)

GRANTED.  The close of fact discovery is hereby EXTENDED until **May 28, 2026**.  The letter deadlines for summary judgment and the June 23, 2026 post-fact discovery conference are hereby ADJOURNED *sine die*.  The parties are hereby ORDERED to file a status update regarding private mediation on or before **June 26, 2026**, and every **thirty (30) days thereafter, or within 3 business days of the mediation occurring, whichever is sooner**.  The Clerk of Court is respectfully directed to terminate Dkt. No. 29.

SO ORDERED.  Dated May 13, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

GS&A

2