Littler

Littler Mendelson, P.C.
900 Third Avenue
New York, New York 10022.3298

Devjani H. Mishra
Shareholder
212.497.8482 direct
212.583.9600 main
dmishra@littler.com

July 27, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: July 31, 2026

**VIA ECF**

Hon. Margaret M. Garnett
U.S. District Judge
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Sussman v. Invesco Ltd.*, Case No. 1:25-cv-04010-MMG

Dear Judge Garnett:

We represent Defendant Invesco Ltd. in this action. We write to request a one-week extension of time for Defendant to make its Fed. R. Civ. P. 26(a)(2) disclosures for any rebuttal expert witnesses to August 7, 2026. Pursuant to Your Honor's July 7, 2026 Order, Defendant's disclosures are currently due July 31, 2026. Dkt. No. 36. Defendant requests this additional time to work with potential rebuttal expert(s) in order to work around their limited summer availability. Plaintiff also has not yet produced his communications with his expert witnesses, and such production may be relevant for Defendant's potential rebuttal expert(s) to review as part of their report(s).

Plaintiff consents to this request. This is Defendant's first request to extend its time to make expert disclosures. This extension request does not affect the September 18, 2026 deadline for the completion of all expert discovery.

We thank the Court for its consideration of this proposed schedule.

Sincerely,

*/s/ Devjani H. Mishra*

Devjani H. Mishra

GRANTED. Defendant's deadline to disclosure rebuttal expert witnesses is hereby EXTENDED until **August 7, 2026**. This Order does not affect any other deadlines in this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 39.

SO ORDERED. Dated July 31, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE